

**OGDEN MURPHY WALLACE**
P.L.L.C.
ATTORNEYS AT LAW

July 19, 2007

The Honorable John C. Coughenour
U.S. District Court
700 Stewart Street
Seattle, Washington 98101

Re:    *Alvarez et al. v. King County Sheriff's Office et al.*, Case No. 06-0023

Dear Judge Coughenour:

We write to jointly inform you that all parties in this matter have reached settlement. We are currently working on a written settlement and release agreement. We hope to have proposed stipulations and orders of dismissal to the Court as soon as possible.

In the meantime, the parties jointly and respectfully request that the Court Order the following:

    (1)    Relieve the parties from responding to any motions, specifically the Defendants' deadline for responding to the issue regarding Plaintiffs' Motion for Reconsideration, as indicated by the Court in its July 13, 2007 Order (Dkt. No. 237);

    (2)    The parties also request that the Court not issue any Orders on motions pending before the Court, specifically Plaintiffs' Motion for Reconsideration and Plaintiffs' Motion for Summary Judgment; and,

    (3)    The parties be relieved of any upcoming deadlines in the case scheduling Order, specifically the deadline for pretrial statements.

Very truly yours,

/s Lee Corkrum WSBA #6585                    /s Reba Weiss, WSBA #12876
Attorney for Defendants                        Attorney for Plaintiffs Keller and Alvarez

/s Robert Butler WSBA #22475
Attorney for Plaintiff Barron Baldwin

Established 1902

A Member of the International Lawyers Network with independent member law firms worldwide

1601 Fifth Avenue, Suite 2100   •   Seattle, WA 98101-1686   •   206.447.7000   •   Fax: 206.447.0215   •   Web: www.omwlaw.com
{JDA668403.DOC;1/12278.000001/}